# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PATRICK RANDELL MCINTOSH, | Case No. 23-CV-1856 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WARDEN JARED RARDIN, ASSISTANT WARDEN, and ASSOCIATE WARDEN, | |
| Defendants. | |

The Court has received the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 28.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 28) is ACCEPTED;

2. Defendants' Motion to Dismiss, (ECF No. 11), be GRANTED in part and DENIED in part; and

3. Plaintiff's Complaint be DISMISSED without prejudice as moot.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 17, 2024                               BY THE COURT:

                                                   s/Nancy E. Brasel
                                                   Nancy E. Brasel
                                                   United States District Judge